Filed 8/25/23  P. v. Lowery CA3

<u>NOT</u> <u>TO</u> <u>BE</u> <u>PUBLISHED</u>

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

THIRD APPELLATE DISTRICT

(Yolo)

----

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>    v.<br><br>EVANS ARTENAS LOWERY III,<br><br>    Defendant and Appellant. | C096671<br><br>(Super. Ct. No. CR20213216 ) |

A jury found defendant Evans Artenas Lowery III guilty of second degree robbery, evading a peace officer, and misdemeanor resisting or obstructing a peace officer.  The trial court sentenced him to three years in prison.

Defendant appeals.  His appointed counsel filed an opening brief raising no legal issues and asking this court to independently review the records pursuant to *People v. Wende* (1979) 25 Cal.3d 436.  Having done so, we find no arguable issues that would result in a disposition more favorable to defendant and affirm.

1

## FACTUAL AND PROCEDURAL BACKGROUND

On November 10, 2021, J.B. and her husband were working at a convenience store when defendant came in and told her repeatedly, " 'Don't move.' " J.B. saw a part of a gun in defendant's hand. Defendant took an empty trash bin and filled it with over 300 packs of cigarettes and then left. J.B. immediately called 911 and reported the robbery. A police officer chased defendant's car, and when the officer tried to stop him, defendant got out and ran. He was ultimately caught by the K-9 officer and detained. The officer did not find the gun, but he found the trash can with packs of cigarettes in the back of the car. Defendant was arrested and taken to a hospital for his injuries. While his handcuffs were momentarily removed, defendant jumped off a gurney and ran out of the hospital. The police officer gave chase, caught up with defendant, and Tased him when he tried to run again.

## DISCUSSION

We appointed counsel to represent defendant on appeal. Counsel filed an opening brief setting forth the facts of the case and, pursuant to *People v. Wende, supra*, 25 Cal.3d 436, requesting this court to review the record and determine whether there are any arguable issues on appeal. Defendant was advised by counsel of the right to file a supplemental brief within 30 days of the date of filing of the opening brief, and he has not done so.

After independently reviewing the entire record, we find no arguable error that would result in a disposition more favorable to defendant.

## DISPOSITION

The judgment is affirmed.

/s/
MESIWALA, J.

We concur:

/s/
ROBIE, Acting P. J.

/s/
DUARTE, J.